UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

CreditNerds, LLC,

         Plaintiff,

v.                 Case No.: 1:16−cv−11003
                Honorable Sharon Johnson Coleman

Credit Repair Nerds LLC,

         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 19, 2017:

  MINUTE entry before the Honorable Sharon Johnson Coleman: This case has been assigned to the calendar of Judge Sharon Johnson Coleman. Plaintiff is directed to advise the defendant of the status hearing forthwith. The parties are directed to meet and discuss the status of the case. The parties are to file a joint status report by 2/8/2017 in the format described on the court's website at www.ilnd.uscourts.gov. The parties are directed to discuss settlement, and whether they consent to proceed before the Magistrate Judge. The court encourages the parties to review this court's website for its standing orders prior to contacting chambers.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.